Michael J. Macco
Chapter 13 Trustee
135 Pinelawn Road – Suite 120 South
Melville, NY 11747

*This Order relates to a hearing
on December 18, 2014*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X     **tmm1634**
In re:

FEIGE S. ZARETSKY

Chapter 13
Case No.: 814-74730-736

Debtor(s)                           **ORDER**
----------------------------------------------------------X

Upon the application and motion of the Trustee to determine whether the petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code should be dismissed, and same having come on to be heard before the Honorable Robert E. Grossman on the 18th day of DECEMBER, 2014, and Michael J. Macco, Chapter 13 Trustee, having appeared in support of the motion, and it appearing to the satisfaction of the Court that the best interests of creditors and the estate require this case be dismissed, and that sufficient cause has been shown, it is

**ORDERED**, that pursuant to the provisions of 11 U.S.C. §§521 & 1307(c), the above referenced Chapter 13 case is hereby dismissed.



Dated: Central Islip, New York
December 22, 2014

_____
**Robert E. Grossman
United States Bankruptcy Judge**